**2010–1013. Hartford Fire Ins. Co. v. Seifert.**

Cuyahoga App. No. 93291, 2010-Ohio-2346. On motion for immediate stay of court of appeals' judgment. Motion denied as moot.

BROWN, C.J., and CUPP, J., dissent.

**2010–1017. State v. Allen.**

Cuyahoga App. No. 91107, 2009-Ohio-2572. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., and PFEIFER, J., dissent.

**2010–1025. State v. Neguse.**

Franklin App. No. 09AP–843, 2010-Ohio-1387. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., dissents.

**2010–1074. Westbrook v. Swiatek.**

Delaware App. No. 2009 CAE 05 0048, 2010-Ohio-2868. On motion for stay of execution of court of appeals' mandate pending discretionary appeal. Motion denied.

BROWN, C.J., and CUPP, J., dissent.